[Cite as *Meccon, Inc. v. Univ. of Akron*, 2012-Ohio-6318.]



# Court of Claims of Ohio

The Ohio Judicial Center
65 South Front Street, Third Floor
Columbus, OH 43215
614.387.9800 or 1.800.824.8263
www.cco.state.oh.us

MECCON, INC., et al.

    Plaintiffs

    v.

THE UNIVERSITY OF AKRON

    Defendant

Case No. 2008-08817

Judge Alan C. Travis
Magistrate Lewis F. Pettigrew

JUDGMENT ENTRY

{¶ 1} On July 9, 2012, the magistrate issued a decision recommending judgment for defendant.

{¶ 2} Civ.R. 53(D)(3)(b)(i) states, in part: "A party may file written objections to a magistrate's decision within fourteen days of the filing of the decision, whether or not the court has adopted the decision during that fourteen-day period as permitted by Civ.R. 53(D)(4)(e)(i)."

{¶ 3} Civ.R. 53(D)(4)(e)(i) provides: "The court may enter a judgment either during the fourteen days permitted by Civ.R. 53(D)(3)(b)(i) for the filing of objections to a magistrate's decision or after the fourteen days have expired. If the court enters a judgment during the fourteen days permitted by Civ.R. 53(D)(3)(b)(i) for the filing of objections, the timely filing of objections to the magistrate's decision shall operate as an automatic stay of execution of the judgment until the court disposes of those objections and vacates, modifies, or adheres to the judgment previously entered."

{¶ 4} The court determines that there is no error of law or other defect evident on the face of the magistrate's decision. Therefore, the court adopts the magistrate's decision and recommendation as its own, including findings of fact and conclusions of law contained therein. Judgment is rendered in favor of defendant. Court costs are assessed against plaintiffs. The clerk shall serve upon all parties notice of this judgment and its date of entry upon the journal.

_____
ALAN C. TRAVIS
Judge

cc:

Andrew R. Fredelake
Peter D. Welin
240 North Fifth Street, Suite 300
Columbus, Ohio 43215

Mark R. Wilson
William C. Becker
Assistant Attorneys General
150 East Gay Street, 18th Floor
Columbus, Ohio 43215-3130

Gabe J. Roehrenbeck
41 South High Street, Suite 1700
Columbus, Ohio 43215-6101

Michael W. Currie
6235 Westerville Road, Suite 200
Westerville, Ohio 43081

006
Filed July 9, 2012
To S.C. Reporter January 16, 2013